UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TUAN VAN BUI,

     Petitioner,

        v.                                    CAUSE NO. 3:26-CV-202-DRL-SJF

BRIAN ENGLISH,

     Respondent.

### ORDER

Tuan Van Bui, an immigration detainee representing himself, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, but did not pay the $5 filing fee or file an in forma pauperis motion. If he wants to continue this case, he must resolve his filing fee status either by paying the filing fee or by filing an in forma pauperis motion.

For these reasons, Tuan Van Bui is GRANTED until **March 20, 2026**, to respond to this order and CAUTIONED if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED on February 19, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge