UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TUAN VAN BUI,

     Petitioner,

     v.                                       CAUSE NO. 3:26cv202 DRL-SJF

BRIAN ENGLISH,

     Respondent.

## ORDER

Immigration detainee Tuan Van Bui, representing himself, filed a petition under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. On April 6, 2026, the respondent filed a status report in which he represents that Mr. Bui is now deceased. ECF 8. Though this news is tragic, and condolences are extended to his family, the court can no longer grant the relief requested in the habeas petition and will dismiss this case as moot.

For these reasons, the court:

(1) DISMISSES the petition (ECF 1); and

(2) DIRECTS the clerk to close this case.

SO ORDERED.

April 24, 2026

                                    *s/ Damon R. Leichty*
                                    Judge, United States District Court